IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GARY G. GILDON, ET AL. | § | |
| | § | |
| VS. | § | Civil Action No. 5:13-cv-21 |
| | § | |
| HOME DEPOT U.S.A., INC. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order entering the parties' Joint Stipulation of Dismissal With Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 12th day of February, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE